(111 App. Div. 922)

BLUM, Appellant, v. WHITNEY et al., Respondents. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Appeal from Special Term, New York County. Action by Edwin Blum against Harry Payne Whitney, as executor, etc., and others. From an interlocutory judgment sustaining demurrers to the third amended complaint, plaintiff appeals. Affirmed. Wm. M. Bennett, for appellant. Courtland V. Anable, for respondents Whitney and others. John R. Dos Passos, for respondents Rice and others.

PER CURIAM. We are all of the opinion that the case of Hutchinson v. Simpson, 92

App. Div. 382, 87 N. Y. Supp. 369, is decisive of this appeal; but, were it not for the controlling authority thereof, Justices Laughlin and Clarke would dissent on the grounds stated in the dissenting opinion therein. It follows that the judgment should be affirmed, with separate bills of costs to the respondents appearing separately, with leave to plaintiff to serve an amended complaint within 20 days from the service of the order to be entered hereon, on payment of the costs in this court and in the court below.

